```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
NATHALIE REYES, *on behalf of herself and all others* :
*similarly situated*, :
: 1:25-cv-186-GHW
:
Plaintiff, :
: ORDER
:
-v - :
:
B3 STUDIOS, LLC, :
:
Defendant. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 20, 2025, Plaintiff filed a letter requesting that the Court stay this action for forty-five days to permit the parties to finalize a resolution of this action. Dkt. No. 8. The letter stated that the parties "anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days." *Id.*

Plaintiff's request for a stay to permit the parties to finalize a settlement is GRANTED. This case is stayed until July 5, 2025. The initial pretrial conference scheduled for May 27, 2025 is adjourned to July 29, 2025 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's January 11, 2025 order, Dkt. No. 5, are due no later than July 22, 2025.

The Clerk of Court is directed note the stay of this action on the docket and to terminate the motion pending at Dkt. No. 8.

SO ORDERED.

Dated: May 20, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge